## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HICHLANDS CONSERVANCY,
WEST VIRGINIA RIVERS COALITION and
SIERRA CLUB,

      Plaintiffs,

v.              CIVIL ACTION NO.   2:17-3013

FOLA COAL COMPANY, LLC,

      Defendant.

## ORDER AND NOTICE

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

06/04/18  Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

06/18/18  Last day for Rule 26(f) meeting.

06/25/18  Last day to file report of Rule 26(f) meeting ─ See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1.

07/09/18  Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed. Be prepared to discuss the following:

  (a)  the discovery to be completed and the amount of time necessary for its completion;
  (b)  the further formulation and simplification of issues, including possible elimination of claims or defenses;
  (c)  the possibility of entering into stipulations regarding issues for trial;
  (d)  the possibility of obtaining admissions regarding facts and documents; and
  (e)  other matters that will assist the parties in reaching a final resolution of this matter.

07/16/18      Entry of scheduling order.

07/23/18      Last day to make FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER:      May 16, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-