IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**OHIO VALLEY**
**ENVIRONMENTAL COALITION,**
**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, WEST VIRGINIA**
**RIVERS COALITION,**
**and SIERRA CLUB,**
                **Plaintiffs,**

v.                                **CIVIL ACTION NO. 2:17-cv-03013**

**FOLA COAL COMPANY, LLC,**
                **Defendant.**

## CERTIFICATE OF SERVICE

I, Nicholas S. Preservati, do hereby certify that a copy of DEFENDANT'S 26(a)(1) DISCLOSURES was served upon the following via electronic mail this 23rd day of July, 2018:

| | |
|---|---|
| J. Michael Becher, Esq. | James M. Hecker, Esq. |
| Joseph M. Lovett, Esq. | Trial Lawyers for Public Justice |
| Appalachian Mountain Advocates | Suite 200 |
| P.O. Box 507 | 1825 K Street, NW |
| Lewisburg, WV 24901 | Washington, D.C. 20006 |
| mbecher@appalmad.org | jhecker@publicjustice.net |
| jlovett@appalmad.org | |

                                                /s/ Nicholas S. Preservati
                                                David L. Yaussy - WV Bar No. 4156
                                                Nicholas S. Preservati - WV Bar No. 8050
                                                John C. Wilkinson - WV Bar No. 8869
                                                SPILMAN THOMAS & BATTLE, PLLC
                                                P.O. Box 273
                                                Charleston, WV 25321-0273
                                                Telephone:  304.340.3800
                                                Fax:  304.340.3801